UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61830-CIV-COHN

DARRELL PRESCOTT,

    Magistrate Judge White

    Petitioner,

vs.

EDWIN G. BUSS,[1]

    Respondent.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 15] of Magistrate Judge Patrick A. White. The Court notes that the Petitioner, Darrell Prescott, has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on April 28, 2011.

Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises. In a nine-page report, the Magistrate Judge recommends the petition be denied on its merits as to both claims.

Plaintiff was convicted and sentenced in state court for fleeing or attempting to elude a law enforcement officer. The state court judge pronounced a sentence of 54 months, but the written sentencing order imposed a sentence of 55 months. His conviction was affirmed in a published opinion of the Florida Fourth District Court of

---

[1] Edwin G. Buss replaced Walter A. McNeil as Secretary of the Florida Department of Corrections and is substituted as the proper party pursuant to Fed. R. Civ. P. 25(d).

Appeal.  Prescott v. State, 23 So. 3d 1251 (Fla. Dist. Ct. App. 2009).  Petitioner filed a state habeas corpus petition with the Florida District Court of Appeal on the sentencing issue, which was "denied on the merits because the trial court resolved the factual discrepancy between the oral and written sentences."  DE 13-2, p. 50.  His present federal claim contains two claims – one alleging the trial court erred in denying the Defendant's specially requested jury instruction in violation of due process, and a second claim that appellate counsel was ineffective in failing to raise the trial court's denial of his 3.800(b) motion regarding the sentence.

With regard to claim one concerning the standard jury instruction, the Court agrees with the reasoning of the Magistrate Judge that the state court ruling was in conformity with controlling United States Supreme Court precedent.  Report at 6.  As to the second claim, under the legal standard for ineffective assistance of counsel claims of Strickland v. Washington, 466 U.S. 668 (1984), Petitioner must show both that his counsel's performance was below constitutional standards and that he suffered prejudice.  The Magistrate Judge is correct that Petitioner cannot show counsel's performance was below standards because the trial court, in ruling on the motion to correct sentencing error, made a factual finding that the transcript was incorrect regarding the oral pronouncement of sentence.  Report at 8.

The Court therefore concludes that the instant Petition should be denied as to both claims.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 15] is hereby **ADOPTED**;
2. The Petition is hereby **DENIED**;

2

3. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of April, 2011.

                                       *James I. Cohn*
                                       JAMES I. COHN
                                       United States District Judge

copies to:

Darrell Prescott, pro se (via CM/ECF mailing to South Bay C.F.)

Mark Hamel, AAG